IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

JAYSON WAYNE CARROLL                                                          PLAINTIFF

VS.                                      Civil No. 06-1047

LARRY CHANDLER, District Court
Judge, Magnolia, Arkansas; DAVID
BUTLER, Prosecutor, Magnolia,
Arkansas; DAVID TALLEY, JR.,
Public Defender, Magnolia, Arkansas;
CALVIN KNIGHTON, Sheriff, Columbia
County, Arkansas; and REBECCA JONES,
Prosecutor, Magnolia, Arkansas                                                DEFENDANTS

## ORDER

Plaintiff filed this civil rights action on April 24, 2006, in the Eastern District of Arkansas. (Doc. 1). It was transferred to this court on May 10, 2006. Plaintiff proceeds pro se and *in forma pauperis*.

On December 13, 2006, plaintiff filed a motion to dismiss this action. (Doc. 19). He states that he no longer wishes to pursue the case. Accordingly, plaintiff's motion to dismiss is hereby granted and plaintiff's suit is dismissed with prejudice.

IT IS SO ORDERED this 13th day of December 2006.

/s/ Harry F. Barnes
HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE